# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VICTOR HERBERT CARROLL, ) | |
| # 17623-003 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-00134-CG-B |
| ) | CIVIL ACTION NO. 22-410-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and Rule 8(b) of the Rules Governing Section 2255 Cases, and dated January 5, 2023 (Doc. 62) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Government's motion to dismiss (Doc. 61) is **GRANTED**, and that Petitioner Victor Herbert Carroll's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C., § 2255 (Doc. 59) is **DISMISSSED without prejudice** as prematurely filed.

**DONE and ORDERED** this 2nd day of February, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE