IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VICTOR HERBERT CARROLL,** ) | |
| **# 17623-003** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CRIMINAL NO. 19-00134-CG-B** |
| ) | **CIVIL ACTION NO. 22-410-CG-B** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that Petitioner Victor Herbert Carroll's Motion to

Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C., § 2255 (Doc. 59) is

**DISMISSSED without prejudice** as prematurely filed.

**DONE and ORDERED** this 2nd day of February, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE